Attachment A

FILED

JUL 2 1 2022

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MICHAEL SHAWN BROWN
_____
*Your full name*

**FEDERAL TORTS CLAIM ACT**
**COMPLAINT**

v.

Civil Action No.: 3:22-CV 124
*(To be assigned by the Clerk of Court)*

Grdn(Trumble(Sims

UNITED STATES OF AMERICA

## I.      JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II.     PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

   A.    Your full name: michael shawn Brown  Inmate No.: 55524-056
         Address: FcI-Gilmer, Po Box 6000, Glenville WV
         26351

## III.    PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution:    FcI- Gilmer

   A.    Is this where the events concerning your complaint took place?
              ☑ Yes        ☐ No

---

*United States District Court*                    7                    *Northern District of West Virginia-2013*

Attachment A

*michael shawn Brown*

If you answered "NO," where did the events occur?

*And At FCI - Williamsburg located in South Carolina*

## IV.   PREVIOUS LAWSUITS

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?    ☐ Yes    ☑ No

B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s): _____ *NA* _____
Defendant(s): _____ *NA* _____
_____ *NA* _____

2.   Court: _____ *NA* _____
*(If federal court, name the district; if state court, name the county)*

3.   Case  Number: _____ *NA* _____

4.   Basic Claim Made/Issues Raised: _____ *NA* _____
_____ *NA* _____
_____ *NA* _____
_____ *NA* _____

5.   Name of Judge(s) to whom case was assigned: _____ *NA* _____
_____ *NA* _____

6.   Disposition: _____ *NA* _____
*(For example, was the case dismissed?  Appealed?  Pending?)*

7.   Approximate date of filing lawsuit: ____ *NA* _____

**Attachment A**

*michael shawn Brown*

    8.    Approximate date of disposition. Attach copies:___*N A*___

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?   *N A*
    ☐ Yes      ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. _____*N A*_____
_____*N A*_____
_____*N A*_____
_____*N A*_____

E.    Did you exhaust **ALL** available administrative remedies?
    ☐ Yes      ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. _____*N A*_____
_____*N A*_____
_____*N A*_____
_____*N A*_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

    1.    Parties to previous lawsuit:

        Plaintiff(s): _____*N A*_____

        Defendant(s): _____*N A*_____

_____

Attachment A

*michael shawn Brown*

2.  Name and location of court and case number: _____ *N A* _____

_____ *N A* _____

_____ *N A* _____

3.  Grounds for dismissal:    □ frivolous        □ malicious
    □ failure to state a claim upon which relief may be granted   *N A*

4.  Approximate date of filing lawsuit: _____ *N A* _____

5.  Approximate date of disposition: _____ *N A* _____

## V.   ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A.  Did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim, with the appropriate BOP Regional Office?
    ☑ Yes        □ No

B.  If your answer is "YES," answer the questions below:

1.  Identify the type of written claim you filed: *Intentional Tort of Infliction of Emotional distress And Negligence.*
2.  Date your claim was filed: *April 12, 2022   see attached Appendix pages 1 through 26,*
3.  Amount of monetary damages you requested in your claim:
    *$ 20,000,000.00 (Twenty million Dollars)*

4.  If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

    *see attached appendix pages 27 & 28*

    I.   Date of the written acknowledgment: *April 26, 2022*
    ii.  Claim Number assigned to your claim: *TRT-MXR-2022-04172*

C.  If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an FTCA Claim Form (SF-95), or any other type of written notice of your claim with the appropriate government agencies?     ☑ Yes        □ No

**Attachment A**

michael shawn Brown

D.   If your answer is "YES," answer the questions below:

1.   Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:

*see Attached Appendix* ←

*page 3*

USDOJ, U.S. Attorney General, 950 Pennsylvania Ave, NW, Washington DC 20530.  USDOJ-FBOP, 320 First street N,W, Washington DC 20534;  USDOJ-FBOP-mid Atlantic Regional office, 302 Sentinal Drive suite #200, Annapolis Junction MD 20701,

2.   Identify the type of written claim(s) you filed:  Intentional Tort of Emotional Distress and Negligence

3.   Date your claim(s) were filed:  4|12| 2022  see Attached Appendix Pages 1 through 26

4.   Amount of monetary damages you requested in your claim(s):  $20,000,000,00 (Twenty million Dollars)

5.   If you received a written Acknowledgment of receipt of your claim(s), state the:

*see Attached Appendix pages 27 & 28* ←

I.   Date of the written Acknowledgment:  April 26, 2022

ii.   Claim Number assigned to your claim: TRT-MXR-2022-04172

E.   If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.

☑ Yes        ☐ No

1.   If you answered "YES," state the:

*see Attached appendix pages 29 through 31* ←

I.   Date you requested reconsideration:  May 4, 2022

ii.   Date the agency acknowledged receipt of your request for reconsideration:  May 20, 2022

*see attached Appendix page 32*

---

Attachment A

## VI.   STATEMENT OF CLAIM

michael shawn Brown

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.  **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining.  Describe exactly what each federal employee did.**  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.  **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION.  NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)***

CLAIM 1: __INTENTIONAL TORT OF INFLICTION OF EMOTIONAL DISTRESS AND NEGLIGENCE__

Supporting Facts: (i) on 5/11/2020, the Federal Bureau of Prisons ("FBOP") inacted their BOP GUIDANCE ON AEROSOL GENERATING PROCEDURES ("AGP's"), see Attached AGP's, Appendix pages 20 through 24, the AGP's were adopted from California — see continuous pages 1 through 8.

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

USDOJ-FBOP-williamsburg-FCI- Dr. Hoey, Dr. Dominici, mrs Brown, c. Davis, unknown Warden, unknown Health Services Administrator / USDOJ FBOP-FCI-Gilmer- warden wolfe; DO McCoy, mrs thomas,

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☑ Yes    ☐ No

If your answer is "YES," please explain: "All" those named above were employees of the united States Department of Justice / Federal Bureau of Prisons, and acting pursuant to that status when injuring michael shawn Brown,

CLAIM 2: _____ NA

_____ NA

_____ NA

**Attachment A**

michael shawn Brown

Supporting Facts: _____ NA _____
_____ NA _____
_____ NA _____
_____ NA _____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____ NA _____
_____ NA _____
_____ NA _____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      □ Yes      □ No

If your answer is "YES," please explain: _____ NA _____
_____ NA _____
_____ NA _____
_____ NA _____

CLAIM 3: _____ NA _____
_____ NA _____
_____ NA _____

Supporting Facts: _____ NA _____
_____ NA _____
_____ NA _____
_____ NA _____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____ NA _____
_____ NA _____
_____ NA _____

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      □ Yes      □ No

Attachment A

michael shawn Brown

If your answer is "YES," please explain: _____ N A

_____ N A

_____ N A

_____ N A

CLAIM 4: _____ N A

_____ N A

_____ N A

Supporting Facts: _____ N A

_____ N A

_____ N A

_____ N A

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

_____ N A

_____ N A

_____ N A

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      ☐ Yes      ☐ No

If your answer is "YES," please explain: _____ N A

_____ N A

_____ N A

_____ N A

_____ N A

CLAIM 5: _____ N A

_____ N A

_____ N A

Supporting Facts: _____ N A

_____ N A

_____ N A

Attachment A

michael shawn Brown

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

NA

NA

NA

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?       ☐ Yes       ☐ No

If your answer is "YES," please explain:       NA

NA

NA

NA

NA

## VII.    INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. As a result of the circumstances described in paragraphs (i) through (vii), I, michael shawn Brown, suffered the following severe injuries from 5|8|2020 to present and still counting, which forms the basis of my Intentional Tort of Infliction of Emotional Distress claim and Negligence including but not limited to: FCI-Williamsburg - see continuous page. 8,

## VIII.    RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Demand of Trial by Jury, Compensatory damages in the amount of $20,000,000.00 (Twenty million Dollars) To be awarded to michael shawn Brown; Appointment of Counsel.

**Attachment A**

*michael shawn Brown*

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _FcI-Gilmer, P.o.Box 6000, Glenville WV 26351_ on _July 14, 2022_.
               (Location)                                       (Date)

Your Signature

michael shawn Brown

MICHAEL SHAWN BROWN FEDERAL TORT CLAIM ACT "COMPLAINT"

CLAIM 1: Supporting Facts: correctional Health care services memorandum: Aerosol-Generating Procedures on April 8, 2020.

the BoP Guidance on Aerosol Generating Procedures of 5/8/2020 clearly states: CPAP/BIPAP "... most patients use a cpap machine for sleep apnea. In most, it may be reasonable to consider that the risk of aerosolization of the SARS COV-2 virus leading to transmission of the disease during a pandemic outweigh the risks of the short term discontinuation of cpap use", However, "In Patients with severe sleep Apnea with co-morbidities such as morbid obesity, pulmonary hypertension, cardio-myopathy, etc, even the temporary discontinuation of BIPAP or CPAP may constitute a higher risk", Therefore, "when the decision is made to allow the patient to continue using cpap-BIPAP, the following procedures should be considered for implementation in an effort to mitigate the spread of COVID-19" Id Appendix 21

"For patients that test negative, housing adjustments should be made as feasible; In order of preference:
- They should be single celled with a solid door that closes, the door should be closed when BIPAP or CPAP is in use,
- when in the room, staff should use appropriate PPE to include: N95 mask, face shield or eye protection, gown

Page 1 of 8

michael shawn Brown

MICHAEL SHAWN BROWN  FEDERAL TORT CLAIM ACT "Complaint"
and gloves;
- minimize number of staff and the amount of time spent in rooms where CPAP/BiPAP are in use.
- Room and equiptment must be disinfected prior to allowing a new patient to occupy a room previously used by a CPAP/BiPAP user.
- If single cells are limited, prioritize use of these rooms to patients under quarantine;
- Cohort CPAP wearers to one area of unit in a lower bunk,
- House them maximally distanced from others,
- CPAP/BiPAP must be set up and used with a full-face, non vented CPAP mask with an inline viral filter attached to the intake and exhalation ports, The viral filters should be changed daily "Id at Appendix page 21

       (ii) michael shawn Brown, is at high risk of illness or death from Covid-19 and all virus variants. He suffers from severe sleep apnea requiring the use of a CPAP machine, hypertension, diabetes, morbid obesity with a BMI of 42.7, Asthma, hypothyroidism, hyperlipidema, post-traumatic stress disorder (PTSD), astigmatism, refractive amblyopia, myrosis, prurigo, and chronic joint pain - gout of left ankle, degenerative joint disease of right shoulder, see sworn affidavit of

Page 2 of 8

michael shawn Brown

MICHAEL SHAWN BROWN   FEDERAL TORT CLAIM ACT "COMPLAINT" michael shawn Brown at 1. Appendix 79-81 see Also medical records of michael shawn Brown Appendix pages 33 through 45,

(iii) On or about 8/12/2020, michael shawn Brown arrived at FCI-williamsburg. Alarmingly, FCI-williamsburg Dr. Hoey-DO/clinical Director, Dr. Dominici & mrs. Brown-Assistant Health Services Administrator, C. Davis-FMP, unknown warden, and unknown-Health Service Administator, did not fully implement the BOP Guidance on AEROSOL GENERATING PROCEDURES that were inacted on 5/8/2020 until 2/10/2021, see sworn affidavit of michael shawn Brown at 2, Appendix 81-82 see also FCI-williamsburg CPAP Supply Request Forms for inline Bacterial viral filters Appendix pages 25 and 26;

(iv) The 9 month delay by FCI-williamsburg Dr. Hoey, Dr. Dominici, mrs. Brown, C. Davis, unknown warden, and unknown Health Service Administrator, to implement the AGP's was done Knowingly, willfully, intentionally, which is outrageous conduct that caused michael shawn Brown deliberate, severe, and reckless infliction of mental suffering and physical injury, and is clearly negligence. see sworn affidavit of michael shawn Brown at 3 Appendix 82;

(v) As previously stated; the AGP's inacted on 5/8/2020 were not fully implemented by FCI-williamsburg Dr. Hoey, Dr. Dominici, mrs Brown, C. DAVIS, unknown

Page 3 of 8

michael shawn Brown

MICHAEL SHAWN BROWN   FEDERAL TORT CLAIM ACT "COMPLAINT"
warden, and unknown Health Services Administrator, until
2/10/2021. However, approximately 2 weeks prior to 2/10/2021
michael shawn Brown began to suffer the following symptoms
characteristic of COVID-19: cough, shortness of breath, extreme
fatigue, body aches and pain, loss of taste and smell, brain-
fog, loss of memory, sore throat, and night sweats.

On 2/18/2021, FCI-williamsburg medical staff tested
michael shawn Brown for Covid-19 and the result was
positive. On the same day, michael shawn Brown was transported
by ambulance from FCI-williamsburg to williamsburg Regional
Hospital, Kingstree, south Carolina where he was later
admitted. A chest X-ray was ordered by his hospital physician
that was marked "abnormal" because it could not exclude
low-grade peribronchial infiltrates (fluid build-up).
Accordingly, the on-call physician diagnosed michael shawn
Brown with COVID-19 related pneumonia, strep throat,
and dehydration. He remained in the Hospital for 5 days,
with his physician noting that he was at a "very high risk
for deterioration and respiratory failure given his diabetes,
morbid obesity, etc". michael shawn Brown's condition improved
with Remdesivir Antiviral therapy and a steroid (Decadron).
See Hospital medical records of michael shawn Brown Appendix
pages 46 through 58. moreover, since this time to
present michael shawn Brown has continued to suffer
from the following long covid (Post-Acute Sequelee of
Page 4 of 8

michael shawn Brown

MICHAEL SHAWN BROWN    FEDERAL TORT CLAIM ACT "COMPLAINT"

SARS-CoV-2 Infection) conditions : chronic fatigue, brain fog, shortness of breath, coughing, memory loss, joint and muscle pain, chills, and inability to sleep. Additionally, he has required an inhaler to control the Asthma he developed after his covid pneumonia diagnosis. In Support of long Covid Conditions see Appendix pages 59 through 69, see also sworn affidavit of michael shawn Brown at 4 Appendix 82 - 84.

(vi) On or about 8/19/2021, michael shawn Brown was transferred from FCI-williamsburg to FCI-Gilmer located in west virginia. On or about 9/15/2021, michael shawn Brown was housed in FCI-Gilmer, unit B-1, room 114, and TOP Bunk. His roommate is named Peter Liounis and mr Liounis suffers from severe sleep Apnea; morbid obesity with a BMI range of 44 to 49; hypertension, and many other co-morbidities. upon arrival to room 114 michael shawn Brown noticed that the CPAP machine that belonged to mr. Liounis did not have a virul filter and that his mask was vented. At this moment michael shawn Brown made Peter Liounis aware of "all" the BOP Guidance on Aerosol Generating Procedures that were inacted on 5/8/2020 and made it clear to mr Liounis that FCI-Gilmer in bad faith has Concealed "all" of the said Procedures from the FCI-Gilmer Inmates that use CPAP and BiPAP machines and that FCI-Gilmer did not implement any of the said

Page 5 of 8

michael shawn Brown

MICHAEL SHAWN BROWN    FEDERAL TORT CLAIM ACT "COMPLAINT" procedures throughout the Covid-19 Pandemic and still counting. Emphasis added; this despite; (A) FCI-Gilmer reporting that nearly 20% of its' facility inmates are currently infected with, in recovery for, or died from Covid-19, see Bureau of Prisons, COVID-19 Coronavirus "COVID-19 cases" (available at: https://www.bop.gov/coronavirus/) (last visited 2/7/2022 to 2/22/2022 before 3:00 pm, see also FCI-Gilmer Covid-19 Rates Appendix pages 70 through 74; (B) Emails from michael shawn Brown to FCI-Gilmer medical staff asking that the BOP Guidance on Aerosol Generating procedures that were inacted on 5/8/2020 be implemented here at FCI-Gilmer, see Emails Appendix pages 75 through 78; (c) over 1 million deaths in the united states from covid-19, (D) cannot social distance in crowded prison environment, (E) the state of west virginia is in Code Red from Covid-19 at this time, (F) Constant Breakthrough infections of covid-19 virus variants (omicron and Delta) here at FCI-Gilmer, (G) A SF-95 Form and reconsideration being filed in the USDOJ, FBOP, mid Atlantic Regional office, see Appendix pages 1 through 32, (H) other Federal prisons did implement "all" the BOP Guidance on Aerosol Generating procedures including but not limited to FCI-Williamsburg, although slowly; and (I) the mayo clinic

Page 6 of 8

michael shawn Brown

MICHAEL SHAWN BROWN    FEDERAL TORT CLAIM ACT "COMPLAINT"
adviser, "People with obstructive sleep apnea have been found to
be at higher risk of developing a severe form of Covid-19 and
needing hospital treatment than those who dont have obstructive
sleep apnea". See mayo clinic, "obstructive sleep apnea" July 27,
2021 (available at ; https://www.mayo clinic.org/diseases-
conditions/obstructive-sleep-apnea/symptoms-causes/syc-
20352090)(last visited 2/22/2022).

In essence michael shawn Brown is living in a
covid-19 viral petri dish. Living in room BI-114 with
Peter Liounis in combination with michael shawn Brown'
underlying medical Conditions, long covid, and the threat
of COVID-19 and other virus variant breakthrough
infections, once again puts michael shawn Brown at high
and extreme risk of Severe illness or death from
COVID-19 each and everyday here at FCI-Gilmer. See
sworn affidavit of Peter Liounis Appendix 13 and 14.
see also sworn affidavit of michael shawn Brown at 5. Append/x 84-86

(vii) the complete and utter disregard to
implement "all" of the 2020 BOP Guidance on Aerosol
Generating Procedures was done knowingly, willfully,
intentionally and in bad faith and the AGP's were
concealed in bad faith from the FCI-Gilmer inmate
population by Warden Wolfe, DO. McCoy-clinical
Director, mrs. Thomas-assistant health Services administrator,
which is outrageous conduct and negligence that has
Page 7 of 8

michael shawn Brown

MICHAEL SHAWN BROWN FEDERAL TORT CLAIM ACT "COMPLAINT" caused and is still causing michael shawn Brown deliberate and reckless infliction of severe mental and physical suffering and injury. See sworn affidavit of michael shawn Brown at 6 appendix 86-87

## INJURY

FCI-williamsburg : covid-19 related pneumonia, strep throat, dehydration, and was placed on high rish for deterioration and respiratory failure given his diabetes and morbid obesity. Long Covid- chronic fatigue, brain fog, shortness of breath, asthma, coughing, memmory loss, joint and muscle pain, and inability to sleep.

Additional injuries related to FCI williamsburg and injuries related to FcI-Gilmer : Severe and Acute mental suffering. Severe Emotional and Spiritual Trauma, Anxiety, phychological Distress, psychosocial Distress, marital and family stress and Trauma, worsening PTSD. Severe Depression, physical pain, Discomfort, Emotional Pain, High blood Pressure, Panic Attacks, Night sweats, Telemoric Erosion due to stress = shorter life span, Drooling, Dizziness, Nausea, Headaches, morbid obesity, loss of Hair, shin conditions, Erectile Dysfunction, Emotional Numbness, Nightmares, Night Horror Dreams and sweats, Loss of smell and taste, and Self Harming Behavior due to stress and Anxiety including but not limited to digging into skin.

Page 8 of 8